Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

BRIAN ERHARDT ROENFELDT
ROCHELLE J ROENFELDT

CASE NO: 13-70419-HDH-13
HEARING DATE: 1/16/2014
HEARING TIME:  10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/16/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    11/27/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| Date: | 11/27/2013 | /s/ Walter O'Cheskey |
|---|---|---|

_____
Walter O'Cheskey
Chapter 13 Trustee

AMERICAN EXPRESS/DSNB PO BOX 8218 MASON CA 45040
ARCHER COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET STE 1600 DALLAS TX 75201
AT&T UNIVERSAL CARD ATTN CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
BANK OF AMERICA ATTN CORRESPONDENCE UNITE/CA 6-919-02-41 PO BOX 5170 SIMI VALLEY CA 93062
BANK OF AMERICA ATTN: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENBORO NC 27410
BANK OF AMERICA PO BOX 982238 EL PASO TX 79998
BANK OF AMERICA/AMERICAN EXPRESS ATTENTION RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENSBORO NC 27410
BRIAN ERHARDT ROENFELDT & ROCHELLE J ROENFELDT 28 BILLIE JOYCE LAKESIDE CITY TX 76308
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CARSON PIRIE SCOTT 1 S STATE STREET CHICAGO IL 60603
CHASE ATTN BANKRUPTCY DEPT PO BOX 15298 WILMINGTON DE 19850
CITIBANK PO BOX 790034 ST LOUIS MO 63179
DILLARDS AMERICAN EXPRESS ATTN BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
DISCOVER FINANCIAL SERVICES LLC PO BOX 3025 NEW ALBANY OH 43054
DISCOVER FINANCIAL SERVICES PO BOX 3025 NEW ALBANY OH 43054
DISCOVER PO BOX 30395 SALT LAKE CITY UT 84130
DISCOVER/GECRB WALMART ATTN BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
FIRST NATIONAL BANK OF OMAHA 1620 DODGE STREET STOP CODE 3105 OMAHA NE 68197
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
JC PENNEY PO BOX 533 DALLAS TX 75221
JC PENNY ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
KOHLS/CAPONE N56W 17000 RIDGEWOOD DR MENOMONEE FALLS WI 53051
SEARS CITIBANK PO BOX 6497 SIOUX FALLS SD 57117
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530