Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

BRIAN ERHARDT ROENFELDT & ROCHELLE J ROENFELDT

CASE NO. 13-70419-HDH-13

| | |
|---|---|
| AKA1: | AKA2: SHELLIE ROENFELDT |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 8594 | SS#2: xxx-xx- 0354 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: 12/20/2013   Orig. Time:   12:00 PM          Reset Date:            Reset Time:

B. Meeting Results:        Adjourned

C. Debtor(s):   Debtor 1 Appeared          Debtor 2 Appeared

D. Attorney for Debtor(s):     Appeared

E. Creditor Appearance:   none

F. Amount Paid to the Trustee as of        12/20/2013    $376.00        First Payment Due Date:        12/19/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      Complete

    Budgeted Income:    $3,695.93    Expense:    $3,319.93    Surplus:    $376.00

    Plan Payment:    $376.00  Monthly                                Plan Term(Months):    36

I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:        $0.00

    Objection to Exemption of:  clothing under 522(d)(4) & jewelry under 522(d)(3)

    ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set:    3/20/2014    Date Converted from Chapter 7:

J. Required Information:    need ww form

K. Business Information:

L. Object to Confirmation:      No

M. Financial Management Class:   Debtor 1 Appeared          Debtor 2 Appeared

N. Eligibility:

    Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

    Credit Counseling Provider Approved:                    Yes

    Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

O. Domestic Support Obligation:        $0.00   Current:            Arrears:        $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:    Is Mrs. Roenfeldt still working at Kohls? No
    1st pmt of $376 received 11/25/13, due 19th, need ww form
    confirmation hearing 1/16/14
    Mr. Roenfeldt has extreme difficulty hearing and answering the questions.  They have been married 49 years,
    and Mrs. Roenfeldt handles the finances.  Mrs. Roenfeldt answered the majority of the questions.  Mr.
    Roenfeldt testified that he did understand he was filing a voluntary Chapter 13.

Dated:    12/20/2013                                                    /s/ Walter O'Cheskey

                                                                        Standing Bankruptcy Trustee
                                                                        By:      Angela Gonzales

| | |
|---|---|
| Case Number: | 13-70419 |
| Debtor: | ROENFELDT |
| Attorney: | MJW |
| Presiding Officer: | Angela |
| Calculation Date: | 12/20/2013 12:42 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Attorney Fees          Paid Through the Plan | $3,196.00 | | | $3,196.00 |
| Noticing Fees | $80.64 | | | $80.64 |
| Clerk Filing Fees | | | | $0.00 |

| | | | |
|---|---|---|---|
| Hardacre Minimum | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $3,196.00 | | |
| Less Noticing Fees | $80.64 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | |
| | | | |
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | $105,121.00 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,631.75 |
| Debtor Plan Base (Monthly Payment X Term) | $13,536.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $9,904.25 |

**Comments:**

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 12/20/2013 12:42 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | $0.00 |

**Comments:**