Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

BRIAN ERHARDT ROENFELDT
ROCHELLE J ROENFELDT

CASE NO: 13-70419-HDH-13
HEARING DATE:  8/20/2014
HEARING TIME:  10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectfully show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | BANK OF AMERICA | $1,000.00 | 013 0 U | BANK OF AMERICA | $10,237.00 |
| 014 0 U | BANK OF AMERICA | $11,000.00 | 015 0 U | BANK OF AMERICA | $1,000.00 |
| 016 0 U | BANK OF AMERICA/AMERICAN EXPRESS | $10,378.00 | 018 0 U | CARSON PIRIE SCOTT | $3,000.00 |
| 019 0 U | CHASE | $17,530.00 | | | |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | ARCHER COUNTY | PROPERTY TAXES | $0.00 | $2,500.00 | | | PD DIRECT BY DEBTOR |
| 009 0 | BANK OF AMERICA | HOMESTEAD | $86,691.99 | $110,900.00 | | | PD DIRECT BY DEBTOR |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 0 U | DEPARTMENT STORES NATIONAL BANK/MACYS<br>*PURCHASES/MACYS AMERICAN EXPRESS* | $676.41 | 011 0 U | ALTAIR OH XIII LLC<br>*PURCHASES/CITIBANK* | $13,708.12 |
| 017 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/CAPITAL ONE* | $9,779.05 | 020 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/DILLARDS AMERICAN EXPRESS* | $3,101.93 |
| 021 0 U | DISCOVER FINANCIAL SERVICES<br>*PURCHASES* | $7,619.64 | 022 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/GE CAPITAL RETAIL BANK  WALMART DISCOVER CARD* | $6,973.32 |
| 023 0 U | FIRST NATIONAL BANK OF OMAHA<br>*SERVICES* | $2,539.99 | 024 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/JC PENNEY* | $824.00 |

| 025 0 U | BECKET & LEE LLP PURCHASES/CAPITAL ONE KOHLS | $1,471.30 | 026 0 U | QUANTUM3 GROUP LLC AS AGENT FOR PURCHASES/SEARS GOLD MASTERCARD | $4,803.39 |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

No Modification Needed

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/20/2014 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date: 6/27/2014 | /s/ Marc McBeath |
| | _____ |
| | Robert B. Wilson  Bar#:21715000 |
| | Chapter 13 Trustee |
| | Marc McBeath  Bar#:13328600 |
| | Staff Attorney |

ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS 2001 WESTERN AVENUE  STE 400 SEATTLE WA 98121
ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS PO BOX 3978 SEATTLE WA 98124
AMERICAN EXPRESS/DSNB PO BOX 8218  MASON CA 45040
ARCHER COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2777 N STEMMONS FREEWAY DALLAS TX 75207
AT&T UNIVERSAL CARD ATTN CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
BANK OF AMERICA ATTN CORRESPONDENCE UNITE/CA 6-919-02-41 PO BOX 5170 SIMI VALLEY CA 93062
BANK OF AMERICA ATTN: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENBORO NC 27410
BANK OF AMERICA BANKRUPTCY DEPT 400 NATIONAL WAY MAIL STOP CA69190123 SIMI VALLEY CA 93065
BANK OF AMERICA PO BOX 660933  DALLAS TX 75266
BANK OF AMERICA PO BOX 982238  EL PASO TX 79998
BANK OF AMERICA/AMERICAN EXPRESS ATTENTION RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENSBORO NC 27410
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
BRIAN ERHARDT ROENFELDT & ROCHELLE J ROENFELDT 28 BILLIE JOYCE  LAKESIDE CITY TX 76308
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CARSON PIRIE SCOTT 1 S STATE STREET  CHICAGO IL 60603
CHASE ATTN BANKRUPTCY DEPT PO BOX 15298 WILMINGTON DE 19850
CITIBANK PO BOX 790034  ST LOUIS MO 63179
DEPARTMENT STORES NATIONAL BANK AMERICAN EXPRESS  MACYS PO BOX 8053  BANKRUPTCY PROCESSING MASON OH 45040
DEPARTMENT STORES NATIONAL BANK/MACYS NCO FINANCIAL SYSTEMS INC PO BOX 4275 NORCROSS GA 30091
DILLARDS AMERICAN EXPRESS ATTN BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
DISCOVER FINANCIAL SERVICES LLC PO BOX 3025  NEW ALBANY OH 43054
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
DISCOVER PO BOX 30395  SALT LAKE CITY UT 84130
DISCOVER/GECRB WALMART ATTN BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
FIRST NATIONAL BANK OF OMAHA 1620 DODGE STREET STOP CODE 3105  OMAHA NE 68197
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
JC PENNY ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
KOHLS/CAPONE N56W 17000 RIDGEWOOD DR MENOMONEE FALLS WI 53051
MCCARTHY HOLTHUS & ACKERMAN LLP COLE D PATTON 1255 WEST 15TH STREET SUITE 1060 PLANO TX 75075
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND WA 98083
SEARS CITIBANK PO BOX 6497  SIOUX FALLS SD 57117
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530